IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT W. BONDURANT,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv176-T |
| | ) | (WO) |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Upon consideration of petitioner's appeal (Doc. No. 14), including an independent and de novo review of the record, it is ORDERED that the order at issue is affirmed.

It is further ORDERED that petitioner's request that this case be assigned to another district judge (Doc. No. 14) is denied.

It is further ORDERED that this cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 11th day of May, 2005.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**